

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2013

No. 04-13-00425-CV

**IN RE Anthony C. AGUILAR**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

On July 8, 2013, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than July 29, 2013.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on July 15, 2013.                   PER CURIAM

ATTESTED TO: _____
                   Keith E. Hottle
                   Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012PC2800 and 2012PC2802, styled *In re Estate of Ramiro Aguilar, Jr., Deceased* and *In re Estate of Alvilda M. Aguilar, Deceased*, pending in the Probate Court No 2, Bexar County, Texas, the Honorable Tom Rickhoff presiding.